# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DEONDRE WILLIAMS, | ) | |
| Plaintiff, | ) | 2:14-cv-01014-JCM-CWH |
| vs. | ) | **REPORT AND RECOMMENDATION** |
| SMILES TODAY DENTAL, | ) | |
| Defendant. | ) | |

On July 18, 2014, the court entered an order granting pro se Plaintiff Deondre Williams's application to proceed *in forma pauperis* and entered an order dismissing Plaintiff's complaint without prejudice for failure to state a claim upon which relief can be granted. (Order (ECF No. 2).) Plaintiff was given until August 13, 2014, to file an amended complaint. (*Id.* at 6-7.) Plaintiff was advised that failure to timely file an amended complaint would result in a recommendation that his case be dismissed. (*Id.* at 7.) Plaintiff has not taken any action in this case since the court's order dated July 18, 2014, and therefore appears to have abandoned the case.

IT IS THEREFORE RECOMMENDED that Plaintiff Deondre Williams's case be dismissed without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive

1 | the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: January 5, 2017

_____
C.W. Hoffman, Jr.
UNITED STATES MAGISTRATE JUDGE